THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY MEADOWS, Appellant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed, without prejudice to an application to a Judge of the Court of Appeals or to a Justice of this court for certification that a question of law is involved which ought to be reviewed by the Court of Appeals, pursuant to subdivision 1 of section 520 of the Code of Criminal Procedure. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MURTHA, Appellant.— Motion by respondent to dismiss appeal, denied. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MICHAEL NAPOLI, Appellant.— Motion by respondent to dismiss appeal, denied. Cross motion by appellant to enlarge his time to perfect the appeal, granted; time enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS ROMAN, Appellant.— Motion by respondent to dismiss appeal, denied. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SCARNATO, Appellant.— Motion by appellant for reargument referred to the court that rendered the decision. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL SALTERS, Appellant.— Motion by appellant for reconsideration of his motion for assignment of counsel, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.